# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **AMERICAN SECURITY INSURANCE CO.** | ) | **CIVIL ACTION NO. 3:18-CV-239 (VLB)** |
| **PLAINTIFF,** | ) | |
| **V.** | ) | |
| **LION TREE, LLC, ET AL** | ) | |
| **DEFENDANT.** | ) | **MARCH 6, 2018** |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant, Lion Tree, LLC

        THE DEFENDANT:
        LION TREE, LLC


        By /s/ *Brian D. Rich*
         Brian D. Rich of
         HALLORAN & SAGE LLP
         225 Asylum Street
         Hartford, CT 06103
         Fed. Bar #ct 24458
         Phone: 860 297-4698
         Fax: 860-548-0006
         rich@halloransage.com
         Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

     This is to certify that on this 6th day of March, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                            */S/ Brian D. Rich*
                                                            **Brian D. Rich**

5258055v.1



One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105