## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **AMERICAN SECURITY INSURANCE CO.** | ) | **CIVIL ACTION NO. 3:18-CV-239 (VLB)** |
| **PLAINTIFF,** | ) | |
| **V.** | ) | |
| **LION TREE, LLC, ET AL** | ) | |
| **DEFENDANT.** | ) | **MARCH 9, 2018** |

## NOTICE OF APPEARANCE

**Please enter my appearance on behalf of the defendant, Lion Tree, LLC**

        **THE DEFENDANT:**
        **LION TREE, LLC, ET AL**

        **By  /s/ - Oscar L. Suarez**
        **Oscar L. Suarez of**
        **HALLORAN & SAGE LLP**
        **225 Asylum Street**
        **Hartford, CT 06103**
        **Fed. Bar #  28276**
        **Phone:    860-297-4604**
        **Fax:    860-548-0006**
        **suarez@halloransage.com**
        **Its Attorneys**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 9th day of March, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            /s/ *Oscar L. Suarez*
                                            Oscar L. Suarez

5259963v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105