# EXHIBIT A

## SUPERIOR HOME SERVICES CONTRACT AGREEMENT

This CONTRACT AGREEMENT (hereinafter designated as the "Agreement") is made and entered into by and between, Superior Home Services, Inc. (hereinafter referred to as "Superior") whose address is 15279 N. Scottsdale Rd. Ste. 400, Scottsdale, AZ 85254 and Lion Tree LLC (hereinafter referred to as "Independent Contractor") whose address is 246 Ridge Ave, Lakewood, NJ  08701.  This Agreement will become effective upon execution by both parties listed above..

1. DESCRIPTION OF WORK. Independent Contractor will provide all labor, materials and supervision necessary to perform the work at 1008 STAFFORD AVE, BRISTOL CT 06010-3262 .  Property is keyed to HUD Key # A389. Independent Contractor will conduct the repairs in a good and workmanlike manner in accordance with all terms, provisions and specifications contained herein and in the attached Addendum's A and B. If, during the course of repairs, it is discovered that changes need to be made to the repair list, Superior MUST approve the changes in writing prior to making said changes. Any deviation from the repair list (Addendum B) without prior written approval from Superior will result in a reduction in the final payment amount received by the Independent Contractor. Superior Home Services will not make any payments over and above the contracted amount for repairs performed without prior written approval.

2. PAYMENT SCHEDULE. The work is to be completed for the total of $15,676.00. Payments are to be made as follows after receipt of photographic documentation:

| | |
|---|---|
| $4,176.00<br>3/2/2016 | Upon **33%** Completion of all remaining items on Addendum B repair list.<br>(After comprehensive photos have been uploaded to the SHS website). |
| $ 4,180.00<br>3/9/2016 | Upon **66%** Completion of all remaining items on Addendum B repair list.<br>(After comprehensive photos have been uploaded to the SHS website). |
| $4,180.00<br>3/16/2016 | Upon **Final** Completion of all remaining Items on Addendum B repair list.<br>Completion photos should be uploaded to the SHS website within 48 hours of on-site repair completion and photos cannot be older than 5 calendars days.<br><br>(Note: *To release the Final Completion draw all work must be finished. Also, photos showing all completed repairs as outlined in Addendum B must be uploaded to the SHS website, and copies of all required permits and permit sign offs andor code violations releases MUST be received by Superior). It is the responsibility of the contractor to obtain the proper signoff on any permits issued for this project. Where code violations are being corrected it is the responsibility of the contractor to obtain written verification from local code enforcement that all code violations have been lifted.* |
| $3,140.00<br>4/20/2016 | Retainage payment will be made no sooner than 30 calendar days after verified completion. *\*\*Superior's designated representative must inspect the property to confirm repairs have been completed. Situations may arise that can delay the inspection and cause the 30 day time frame to be exceeded.  If this should occur, final payment will be made as soon as the inspection is completed and repairs confirmed. \*\** |

*A S* _____ Independent Contractor to initial here, to signify understanding of the terms for final payment

| Contractor # | NJ63Y |
|---|---|
| Job # | 1008CT |
| Initials | RH |
| GL Expires: | 06/24/16 |

*A. S.*

3. TERM. The work shall begin February 17, 2016 and be completed in accordance with all terms and conditions of this agreement and the attached addendums within 16 calendar days. Failure of the Independent Contractor to complete repairs within this time frame or provide constant, timely updates on work being performed may result in immediate termination of the Agreement by Superior. All requests for delays must be received in writing within 24 hours of notification.   If Lion Tree LLC, the Independent Contractor, fails to complete the repairs by March 4, 2016, including receipt of final photos. Superior Home Services, Inc. will assess a penalty of $100.00 per day for each day after March 4, 2016, for which repairs are not complete/final photos received. Delays, which are the direct result of inclement weather, intervention by building officials or other circumstances beyond the control of the Independent Contractor, will be reviewed for an extension of the term of Agreement/Completion Clause. All requests for delays must be received in writing within 24 hours of notification.

4. TAXES AND INSURANCE. The Independent Contractor agrees to accept full responsibility for and agrees to indemnify and hold Superior harmless for the payment of any and all taxes that may be lawfully due from the Independent Contractor to any governmental entity including, but not limited to, income taxes, FICA, or other withholding taxes, franchise tax, etc.  The Independent Contractor also agrees to maintain the minimum in General Liability insurance as is required by the state where Independent Contractor has his/her principal place of business.  The General Liability insurance shall name Superior as additionally insured and agrees to indemnify Superior from any liability arising from any action related to completion of the Work described herein and on the attached addendums.  Failure to provide proof of specific coverage or other specific documents requested in writing by Superior will result in a suspension of all payments to the Independent Contractor outlined in section 2 of this agreement pending the receipt of said documents by Superior.

5. INDEMNIFICATION.  The Independent Contractor hereby indemnifies and agrees to hold Superior harmless from any and all claims, costs, demands, causes of action or expenses arising out of or in any way related to the Work or any breach of this Agreement by the Independent Contractor's employees, suppliers, laborers or sub-contractors. A Release of Lien from Independent Contractor and Lien Waivers from any and all Sub-Contractors providing over $500 in either materials or labor must be received by Superior prior to release of final payment.

The Work performed by the Independent contractor shall be at the risk of the Independent contractor exclusively. To the fullest extent permitted by law, Independent contractor shall indemnify, defend (at Independent contractor's sole expense) and hold harmless Superior, the Owner (if different from Superior), affiliated companies of Superior, their partners, joint ventures, representatives, members, designees, officers, directors, shareholders, employees, agents, successors, and assigns ("Indemnified Parties"), from and against any and all claims for bodily injury or death, damage to property, demands, damages, actions, causes of action, suits, losses, judgments, obligations and any liabilities, costs and expenses (including but not limited to investigative and repair costs, attorneys' fees and costs, and consultants' fees and costs) ("Claims") which arise or are in any way connected with the Work performed, Materials furnished, or Services provided under this Agreement by Independent contractor or its agents. These indemnity and defense obligations shall apply to any acts or omissions, negligent or willful misconduct of Independent contractor, its employees or agents, whether active or passive. Said indemnity and defense obligations shall further apply, whether or not said claims arise out of the concurrent act, omission, or negligence of the Indemnified Parties, whether active or passive. Independent contractor shall not be obligated to indemnify and defend Superior or Owner for claims found to be due to the sole negligence or willful misconduct of Indemnified Parties.

Independent contractor's indemnification and defense obligations hereunder shall extend to Claims occurring after this Agreement is terminated as well as while it is in force, and shall continue until it is finally adjudicated that any and all actions against the Indemnified Parties for such matters which are indemnified hereunder are fully and finally barred by applicable Laws. Independent contractor agrees to waive any and all tort or other subrogation rights for property damage or bodily injury against the contractor arising directly or indirectly out of, relating to, or in connection with the performance of services.



6. COMPLIANCE WITH LAWS. At no additional cost to Superior, the Independent Contractor shall obtain all permits necessary to conform strictly to the ordinances and regulations of all governmental authorities having jurisdiction in the area where the Work is to be performed. The Independent Contractor agrees to comply with all local, state, and federal laws.

7. ADDITIONAL REPAIRS. In the event that during the course of the Work it is discovered that additional repairs are required and additional costs shall be incurred, including theft/vandalism, that could impact the repair completion date, Independent Contractor will be responsible for notifying Superior Home Services within 48 hours and where possible, continue to work on the original repairs. Independent Contractor will also provide Superior with a detailed explanation of the additional repairs and costs and obtain written notification from Superior that the additional repairs are approved in the form of an Addendum to the Contract. Superior is not responsible for payment on additional repairs made without prior written approval.

8. TERMINATION   The Agreement may be terminated by Superior at any time due to the failure of the Independent Contractor to complete the Work within the contracted time frame, non-performance by the Independent Contractor and/or failure to complete repairs in a timely manner based on established draw schedule, or a stop work order given by the client. Superior will provide Independent Contractor written notification of termination where possible, however, written notification is not necessary for termination. If contract work is left incomplete or must be corrected, any additional cost incurred will be deducted from any final settlements due on the terminated contract. In addition, if it is determined by Superior that any additional repairs will exceed the scope and cost of the original Agreement, the Agreement may at Superior's sole discretion immediately be considered void and a new Agreement may be executed prior to the additional work continuing.

9. NON-DISCLOSURE   Independent Contractor agrees that any information and/or documents that are furnished for the purposes of performance under this Agreement or which are produced, or are otherwise furnished to, or come to the attention of the Independent Contractor are proprietary and shall be used only for the purposes of this Agreement. This information includes, without limitation: the terms of this Agreement; technical specifications and operating manuals; services and information concerning current, future or proposed products and services and combinations of products and services; product and services descriptions; financial information; passwords, key codes, lock codes and/or any other security procedures; computer programs, software, and software documentation; property owner and/or prospective property owner information, mortgage loan information or files; all other information relating in any way to a property owner, mortgage company, investor and its affiliates, subsidiaries, heirs, or assigns ('Confidential Information'). Independent Contractor shall maintain the confidential information in confidence using the same care and discretion to avoid disclosure of Confidential Information as it uses to protect its own confidential information, but in no event less than a reasonable standard of care. Independent Contractor should not provide Confidential Information to any property owner, mortgage company, investor, or insurer. Any employee, representative, agent or subcontractor of the Independent Contractor is bound by this non-disclosure agreement to protect the herein described Confidential Information.

If Independent Contractor believes that his/her performance under this agreement will be inhibited, impaired, or substantially impacted by the non-disclosure provision, Independent Contractor may contact Superior and discuss releasing limited information. Superior reserves the right to deny the release of any proprietary information to any party absent a legal proceeding (deposition, interrogatory, request for documents, subpoena, civil or criminal investigative demand or similar process). A limited release of information will be confirmed in writing.



_____ Initials                    (rev. 2.1.10)          1008CT-CON-NJ63Y-CONTRACT-2-16-16

10. <u>INTERFERENCE</u> Independent Contractor agrees that s/he will not solicit or influence the clients and/or employees of Superior for his/her own direct or indirect use, or to assist a new entity or any person by supplying names and/or information provided in the course of executing this contract. Independent Contractor further agrees not to engage in any course of conduct or take any action that will interfere and/or damage Superior's existing business enterprise or relationships, or any future business enterprise or relationships.

**SUPERIOR HOME SERVICES, INC.**
A Texas Corporation

Sign: _____

Name: Ron Happ

Title: Project Coordinator

Date: _____

**INDEPENDENT CONTRACTOR**

Sign: _____

Name: _____ ari schorr

Title: _____

Date: 2/18/2016 _____

Telephone: _____

A.S.
_____ Initials

(rev. 2.1.10)

1008CT-CON-NJ63Y-CONTRACT-2-16-16

## ADDENDUM A

1. Independent Contractor to be responsible for the removal of all construction debris generated during repairs.

2. Independent Contractor is responsible to ensure upon completion of repairs, property can be accessed with the key provided to them by Superior Home Services. If property cannot be accessed with the key provided by Superior Home Services, the cost to replace entry lock(s) will be deducted from the Independent Contractor's final payment. If locks must be changed, locks must be keyed to a HUD key. Independent contractor acknowledges a key has been received from Superior Home Services prior to completion of repairs.  HUD Key #A389.

3. Independent Contractor will verify all utilities are shut off upon commencement of repairs and property **HAS BEEN WINTERIZED**. In the event that utilities are necessary to complete repairs it is the Independent Contractor's responsibility for payment of those bills unless otherwise agreed prior to commencement of repairs. *(Water is not to be turned on without prior approval from Superior).* If the property was not initially winterized or the water is turned on, the Independent Contractor must verify at the completion of repairs that the water has been shut off at the main and non-staining antifreeze is in all traps and tanks and all pipes, water heater, and moist heat systems are drained.

4. Independent Contractor to be responsible for the security of the property during the project.  The property should be locked or secured as reasonably necessary to prevent access each day and upon completion of repairs.

5. If repairs are not completed within the contracted time frame or are not progressing in a satisfactory manner, Superior Home Services reserves the right to have a 3rd party inspect the property to determine status of Work and have the cost of the inspection deducted from the Independent Contractor's final payment. *(Circumstances beyond the control of the Independent Contractor will be factored into the decision to deduct the inspection fee from the final payment.  This review of Work status does not take the place of the final inspection.)*

6. Superior Home Services will request property inspection upon notification of completion by the Independent Contractor and receipt of final photos.  If repairs are not finished at the time of the final inspection, the Independent Contractor will be responsible for correcting the repairs noted incomplete. If an additional inspection is required, the Independent Contractor will bear the cost and have it deducted from the Independent Contractor's final scheduled payment.

7. Independent Contractor is responsible for providing Superior Home Services with copies of all applicable permits.  Proof that all inspections have passed will be required prior to release of the final payment.

8. Dump receipts are required on all repairs that require debris to be removed.

9. A complete set of labeled before repair photos (interior and exterior), must be taken on all jobs before starting repairs. Labeled work in progress photos must be taken during the repair process regardless of the size of the job. Upon completion of the contract work, take a full, labeled set of photos of all contract items (interior and exterior) and also include all rooms regardless if work was performed in those rooms.

10. Independent Contractor will be responsible for conducting a pressure test after making any repairs or alterations to the plumbing system. Independent Contractor will provide photographic proof of the pressure test.

2/18/2016

_____
Independent Contractor                           Date

_____
Superior Home Services, Inc.                     Date

_____
Initials                        (rev. 2.1, 10)        1008CT-CON-NJ63Y-CONTRACT-2-16-16

## ADDENDUM B

**All Replacement materials should be new and of the same quality as those which existed in the property.  If there is a question as to what type to use, use standard residential grade builder's materials.**

*\*\*\*\*Locks are not to be changed.  Property must remain keyed/accessible with HUD key #A389*
*If locks are changed for any reason, Superior Home Services will deduct cost of re-keying from the*
*contractor's final payment. \*\*\*\*\**

|  | QTY | UNIT |
|---|---|---|
| **Bedroom 1-1 (10'2"x13'x8')** | | |
| Seal Walls | 9 | SF |
| Paint Walls | 371 | SF |
| | | |
| **Kitchen 1 (10'3"x14'x8')** | | |
| **Offset (7'x6'x8')** | | |
| Paint Walls | 1 | SF |
| Remove/Replace Wallpaper | 320 | SF |
| Replace Wall Covering Boarder | 63 | LF |
| | | |
| **Bathroom 1 (6'9"x5'x8')** | | |
| Remove/Replace Wall Drywall | 18 | SF |
| Remove/Replace Wallpaper | 141 | SF |
| Replace Wall Covering Boarder | 24 | LF |
| Remove/Reinstall Vanity Cabinetry | 2 | LF |
| Replace 1/2" Copper Plumbing Lines | 28 | LF |
| Replace 2 1/2" Copper Plumbing Lines | 30 | LF |
| Replace 4" Copper Drain Pipe | 30 | LF |
| Remove/Reinstall Commode | 1 | EA |
| | | |
| **Basement 1 (12'4"x15'x8')** | | |
| Replace Wood/Pellet Burning Stove Fireplace | 1 | EA |
| | | |
| **Basement 2 (12'x20'4"x8')** | | |
| Remove/Replace/Seal Ceiling Drywall | 48 | SF |
| Paint Ceiling | 244 | SF |
| | | |
| **Basement 3 (20'4"x15'x8')** | | |
| Replace 1/2" Copper Plumbing Lines | 120 | SF |
| Replace 3/4" Copper Plumbing Lines | 140 | LF |
| | | |
| **Stairs 1 (3'2"x6'x8')** | | |
| Remove/Replace/Paint/Finish 15-Lite PH French Door | 1 | EA |
| Remove/Reinstall Door Lever | 1 | EA |
| | | |
| **Bathroom 3 (5'1"x8'x8')** | | |
| Remove/Replace Marlite Wall Paneling | 157 | SF |
| Remove/Replace Vanity Cabinetry | 3 | LF |
| Remove/Reinstall Vanity Sink (Fixture Only) | 1 | EA |
| | | |
| **Kitchen 3 (16'5"x7'5"x8')** | | |
| **Offset (8'11"x5'4"x8')** | | |
| Remove/Replace/Seal Wall Drywall | 18 | SF |
| Paint Walls | 420 | SF |
| Remove/Replace Pegboard Wall Paneling | 32 | SF |
| Rough-In Sink (Fixture Only) | 1 | EA |

**Additional Damages - DOL 12/09/14 - Filing supplimental**

<u>First Floor</u>

**Sunroom**

| | | |
|---|---|---|
| Remove/Replace Door Casing and Jamb | 1 | EA |

<u>Second Floor</u>

**Bedroom 1**

| | | |
|---|---|---|
| Remove/Replace Baseboard Heater | 24 | LF |

**Kitchen**

| | | |
|---|---|---|
| Rough-in tub | 1 | EA |

<u>Third Floor</u>

**Kitchen 3**

| | | |
|---|---|---|
| Replace P-trap | 1 | EA |
| Replace 1/2" PEX | 30 | LF |
| Replace 4" PVC Stack Pipe | 25 | LF |
| Replace Roof Vent | | |
| | 1 | EA |

**Additional Damages - DOL 11/13/15 - No claim - Damage below deductible**

<u>First Floor</u>

**Dining Room**

| | | |
|---|---|---|
| Replace Baseboard Heat | 23 | LF |

General

## SHS Conveyance Condition Is NOT Required

*****WHERE PAINT IS CALLED FOR 2 COATS OF PAINT ARE REQUIRED*****

Please remember to use neutral colors (white, cream, beige) when painting, replacing carpet, vinyl flooring, sinks, commodes, and bathtubs

By signing below, the Independent Contractor understands and agrees to complete the repairs as listed above. The Independent Contractor understands Superior Home Services will not sanction deviations/changes made to the repair list unless written approval is provided by the Project Coordinator. Independent Contractor understands progress/completion photos must be uploaded to the SHS website and is fully representative of the draw being requested for payment and of the completed repairs.

2/18/2016

_____          _____
Independent Contractor                                                              Date

_____          _____
Superior Home Services                                                             Date

**ALL REPAIRS ON ADDENDUM B MUST BE COMPLETED AS STATED OR A POTENTIAL LOSS UP TO: $15,676.00**

### Permits & Code Violation

Permits must be pulled for the repairs listed on Addendum B of this contract in accordance with state, county, or local municipality requirements.

Owner Information:
#REF!
#REF!
#REF!

It is the responsibility of the contractor to obtain the proper signoff on all permits issued for this project. Where code violations are being corrected it is the responsibility of the contractor to obtain written verification from local code enforcement that all code violations have been lifted. Before uploading job completion photos to the SHS website make sure you have obtained the necessary documentation. Completion photos document the condition of the property at the time of repair completion and are valid for only five (5) calendar days.

_____ Independent Contractor to initial here, to signify understanding of the terms for final payment on jobs with permits and/or code violations.



_____ Initials                    (rev 2.1.10)                    1008CT-CON-NJ63Y-CONTRACT-2-16-16